DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONE MAROON 2001 CADILLAC )<br>DEVILLE DTS SEDAN, WITH )<br>WHITE CLOTH HARD TOP, )<br>BEARING ALASKA TEMPORARY )<br>TAG NUMBER T068699, VIN )<br>1G6KE57Y21U136601, )<br>)<br>Defendant. )<br>_____ ) | Case No.<br><br>**VERIFIED COMPLAINT FOR**<br>**FORFEITURE** |

COMES NOW Plaintiff United States of America, by and through counsel, and respectfully states as follows:

I.

This is a civil action <u>in rem</u> brought to forfeit and condemn to the use and benefit of the United States of America the following property: ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601 ("Defendant Vehicle"), which vehicle is used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, <u>et seq.</u>, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and which constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

II.

This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881(a)(4) and 21 U.S.C. § 881(a)(6). This is a forfeiture proceeding based upon violations of 21 U.S.C. §§ 841 and 881.

III.

On August 16, 2005, the Federal Grand Jury returned an Indictment against Byron Williams and Latonya Stuckey for drug conspiracy. On October 18, 2005, the Federal Grand Jury returned a First Superseding Indictment against Mr. Williams, Ms. Stuckey, and Kelvin

Washington for conspiracy to distribute five kilograms or more of cocaine HCL and maintaining a premises for the purpose of manufacturing, distributing, and using cocaine. Case No. 3:05-cr-076-RRB.

On December 1, 2005, Drug Enforcement Administration (DEA) agents and Anchorage Police Department (APD) officers located the Defendant Vehicle, bearing Alaska Temporary Tag number T068699, registered to Byron Williams, parked in front of an apartment building located at 2507 Blueberry Street in Anchorage. During a previous proffer by cooperating co-defendant, Kelvin Washington, Washington stated that he (Washington) had been present in this vehicle when Williams had used it to transport a quantity of cocaine. The Defendant Vehicle was then transported to the Anchorage District Office Airport Interdiction Task Force Office on a flatbed wrecker and placed inside its secured parking area.

On December 13, 2005, DEA Special Agent Mark Schmidt obtained a key from a local Chevrolet dealership to allow access to the Defendant Vehicle. On December 13, 2005, an Alaska National Guard Counter Drug Support Program (CDSP) canine trained in drug detection indicated positive for the presence of the scent of controlled substances in the Defendant Vehicle.

IV.

On December 13, 2005, law enforcement conducted an inventory search subsequent to administrative seizure of the Defendant Vehicle and discovered vehicle registration and

insurance documentation in the vehicle indicating that it belonged to Byron Williams. The Defendant Vehicle is now in the custody of the United States Marshals Service pending forfeiture proceedings.

V.

On January 17, 2006, DEA sent timely notice of the seizure and forfeiture proceedings concerning the Defendant Vehicle via Certified U.S. Mail, Return Receipt Requested, to the following: (1) John W. Abbott (counsel for Byron Williams) at P.O. Box 112306, Anchorage, AK 99511-2306 (attached Exhibit 1), received on January 31, 2006; (2) Byron Williams at 1806 Laura Circle, Anchorage, AK 99508 (attached Exhibit 2), received on January 24, 2006; (3) Byron Williams at the Anchorage Correctional Complex, 1300 East 4th Avenue, Anchorage, AK 99501 (attached Exhibit 3), received on January 24, 2006; and (4) Connie Marie Soares-Washington at 151 Sorcerer Court, Anchorage, AK 99518-3068 (attached Exhibit 4), received on January 31, 2006.

VI.

On January 30, and February 6, and 13, 2006, DEA published notice of the seizure and forfeiture proceedings concerning the Defendant Vehicle in the Wall Street Journal.

On February 17, 2006, DEA received a claim of ownership of the Defendant Vehicle filed by Mr. Williams via his counsel, John W. Abbott[1]. Attached Exhibit 5.

VIII.

The Defendant Vehicle constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, Plaintiff United States of America prays that:

1.      A Warrant In Rem issue for the arrest of the Defendant, ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601;

2.      That due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

---

[1] On February 22, 2006, John W. Abbott sent a letter informing the undersigned that he had withdrawn as Mr. Williams' counsel of record due to inoperable throat cancer requiring immediate and debilitating treatment. Mr. Abbott suggested that the government refer to Mr. Williams' criminal attorney, Scott D. Dattan, concerning this forfeiture matter.

3.  That judgment be entered declaring the Defendant, ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, forfeited to the United States of America for disposition according to law; and

4.  That the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED this 16th day of May, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> _/s/ Daniel R. Cooper, Jr._
> DANIEL R. COOPER, JR.
> Assistant U.S. Attorney
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3376
> Fax: (907) 271-3224
> Email: daniel.cooper@usdoj.gov
> Alaska Bar No. 8211109

## VERIFICATION

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibits thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 16th day of May, 2006 in Anchorage, Alaska.

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me on this 16th day of May, 2006 in Anchorage, Alaska.

_____
NOTARY PUBLIC, State of Alaska
My commission expires 10/26/2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th [17th] day of May, 2006, a true and correct copy of the foregoing VERIFIED COMPLAINT FOR FORFEITURE was served on the following, as indicated:

SCOTT D. DATTAN, Counsel for Byron Williams   (served electronically)
Attorney At Law
2600 Denali Street, Suite 460
Anchorage, AK 99503

BYRON WILLIAMS   (served via Certified U.S. Mail, Return Receipt Requested)
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

CONNIE MARIE SOARES-WASHINGTON
151 Sorcerer Court         (served via Certified U.S. Mail, Return Receipt Requested)
Anchorage, AK 99518-3068

*Katie Voke*
Office of the United States Attorney