**BYRON WILLIAMS**
% JOHN W. ABBOTT
P.O. BOX 112306
ANCHORAGE, AK 99511-2306

January 23, 2006

**SENT CERTIFIED RETURN RECEIPT
REQUESTED NO. 7001 0360 0000 9880 5140**

Forfeiture Counsel
Asset Forfeiture Section
Office of Operations Management
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

Re: Asset Id: 06-DEA-460876; Case Number: RG-05-0044; Property: 2001 Cadillac Deville, DTS; Vehicle ID No.: 1G6KE57Y21U136601; Asset Value: $16,500.00; Seizure Date: 12/01/2005; Owner Name: Williams, Byron; Seized from: Byron Williams; Judicial District: District of Alaska. Contest of Forfeiture and requested remission or mitigation of forfeiture.

Dear Sir or Madam:

Pursuant to Title 18, U.S.C., Section 983(a)(2)(D) I am requesting a trial in U.S. District Court to contest the seizure of the above described vehicle. I am also requesting remission or mitigation and ask that this letter be considered a formal request for such action by Forfeiture Counsel for the DEA.

I am the real party in interest as to ownership of the subject vehicle. It is my position that the subject vehicle was not used in the commission of any crime, drug related or otherwise. It is further my position that the subject vehicle was illegally seized. I am not requesting release of the seized property at this time but reserve the right to do so in the future.

Very truly yours,

*Byron Williams*
BYRON WILLIAMS

CONTEST OF FORFEITURE
ASSET ID: 06-DEA-460876
BYRON WILLIAMS              Page 1 of 2

Exhibit 5
Page 1 of 2 pages

## VERIFICATION

I, BYRON WILLIAMS, declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-10-06

*Byron Williams*
BYRON WILLIAMS

SUBSCRIBED AND SWORN TO or affirmed before me at Anchorage, Alaska on the 10th day of February, 2006.

*John W. Abbott*
Notary Public in and for Alaska
My Commission Expires: 10/31/06

> State of Alaska
> NOTARY PUBLIC
> John W. Abbott
> My Commission Expires

CONTEST OF FORFEITURE
ASSET ID: 06-DEA-460876
BYRON WILLIAMS                Page 2 of 2                Exhibit 5
                                                         Page 2 of 2 pages