DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>                        Plaintiff,         )<br>                                                          )<br>            v.                                          )<br>                                                          )<br>ONE MAROON 2001 CADILLAC    )<br>DEVILLE DTS SEDAN, WITH         )<br>WHITE CLOTH HARD TOP,           )<br>BEARING ALASKA TEMPORARY )<br>TAG NUMBER T068699, VIN         )<br>1G6KE57Y21U136601,                    )<br>                                                          )<br>                        Defendant.      )<br>_____) | Case No.<br><br>**NOTICE OF RELATED CASE** |

COMES NOW Plaintiff United States of America, by and through counsel, pursuant to D. Ak. Local Rule 40.2, and hereby notifies the Court of two cases, one civil and the other criminal, which are related to this civil forfeiture action.

The related civil forfeiture case is titled <u>United States v. One Silver 2001 Cadillac</u>

Deville, VIN 1G6KD54Y31U182882, Case No. 3:06-cv-00061-RRB, was brought pursuant to a Verified Complaint for Forfeiture filed on March 21, 2006. The case is related to this civil forfeiture case because: (1) the Defendant Vehicle, described as ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, is subject to forfeiture in this case based upon the same factual basis and legal grounds for forfeiture involved in the above-referenced case; (2) both cases are based upon the same factual basis as the criminal case discussed below; and (3) both cases involve the same claimant, criminal defendant Byron Williams.

The related criminal case was brought before the United States District Court for the District of Alaska, titled United States v. Byron Williams, a/k/a, "Felipae", Latonya Stuckey, and Kelvin Washington, a/k/a "Kevin Washington", "Special K", Case No. 3:05-cr-00076-RRB, pursuant to a August 16, 2005 Indictment and an October 20, 2005 First Superseding Indictment. The criminal case is related to this civil forfeiture case because: (1) the Defendant Vehicle is subject to forfeiture in this case based upon the same factual basis involved in the criminal case; (2) the Defendant Vehicle is registered to criminal defendant Byron Williams; and (3) criminal defendant Byron Williams is a claimant in this civil forfeiture action.

Therefore, because the aforementioned two cases are still pending before the Court, assignment of all three cases to the Honorable Ralph R. Beistline would likely be the most

efficient use of judicial time and resources.

DATED this 16th day of May, 2006 in Anchorage, Alaska.

                                          DEBORAH M. SMITH
                                          Acting United States Attorney

                                          s/Daniel R. Cooper, Jr.
                                          DANIEL R. COOPER, JR.
                                          Assistant U.S. Attorney
                                          222 W. 7th Avenue, #9, Room 253
                                          Anchorage, AK 99513-7567
                                          Phone: (907) 271-3376
                                          Fax: (907) 271-3224
                                          Email: daniel.cooper@usdoj.gov
                                          Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2006, a true and correct copy of the foregoing NOTICE OF RELATED CASE was served on the following, as indicated:

SCOTT D. DATTAN, Counsel for Byron Williams    (served electronically)
2600 Denali Street, Suite 460
Anchorage, AK 99503

BYRON WILLIAMS   (served via Certified U.S. Mail, Return Receipt Requested)
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

CONNIE MARIE SOARES-WASHINGTON
151 Sorcerer Court          (served via Certified U.S. Mail, Return Receipt Requested)
Anchorage, AK 99518-3068

s/Daniel R. Cooper, Jr.