DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR JUDICIAL ISSUANCE** |
| | ) | **OF IN REM WARRANT OF ARREST** |
| v. | ) | |
| | ) | |
| ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, | ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and pursuant to Rule C(3) of Certain Admiralty and Maritime Claims and Federal Rules of Civil Procedure and the Verified Complaint for Forfeiture filed contemporaneously herewith, and hereby requests judicial issuance of an in rem warrant of arrest for the Defendant property described as ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE

CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601.  A proposed warrant is filed herewith.

DATED this 16th day of May, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Daniel R. Cooper, Jr.
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-3224
>Email: daniel.cooper@usdoj.gov
>Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2006, a true and correct copy of the foregoing was served on the following, as indicated:

SCOTT D. DATTAN, Counsel for Byron Williams    (served electronically)
2600 Denali Street, Suite 460
Anchorage, AK 99503

BYRON WILLIAMS   (served via Certified U.S. Mail, Return Receipt Requested)
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

CONNIE MARIE SOARES-WASHINGTON
151 Sorcerer Court         (served via Certified U.S. Mail, Return Receipt Requested)
Anchorage, AK 99518-3068

s/Daniel R. Cooper, Jr.