IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **IN REM WARRANT OF ARREST** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**TO:   THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF ALASKA**:

WHEREAS, a Verified Complaint for Forfeiture was filed in the United States District Court for the District of Alaska, alleging that the Defendant Vehicle described as ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, constitutes a vehicle is used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and which constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil

forfeiture pursuant to 21 U.S.C. § 881(a)(6).

AND, the Court being satisfied that based upon the Verified Complaint for Forfeiture and the exhibit attached thereto, there is probable cause to believe that the above-described Defendant Vehicle constitutes drug proceeds, property traceable to drug sales, and property used or intended to be used to facilitate drug trafficking, and is subject to arrest and forfeiture under 21 U.S.C. § 881(a)(4) and 21 U.S.C. § 881(a)(6), and that grounds for application for issuance of a warrant of arrest <u>in rem</u> exist, title having vested in the United States by operation of law.  21 U.S.C. § 881(h); 18 U.S.C. § 981(f).

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest said Vehicle.

YOU ARE FURTHER ORDERED to maintain custody of said Vehicle as provided by 21 U.S.C. § 881 and 19 U.S.C. §1605 until further order of this Court, respecting the same.  The United States Marshals Service shall use its discretion and whatever means appropriate to protect, maintain and exercise dominion and control over said Defendant Vehicle, and to bring it before this Court pursuant to 28 U.S.C. § 1355(d).

YOU ARE ALSO COMMANDED to serve upon the owner of record of the Defendant Vehicle, a copy of this Warrant in a manner consistent with the principles of service of process of an action <u>in rem</u> under the Supplemental Rules For Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, within a reasonable time of arrest.  AND UPON APPLICATION of the Plaintiff, United States of America, and pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court shall issue any order necessary to effectuate and prevent the frustration of the execution of this Warrant.

YOU ARE ALSO COMMANDED to give due notice to all persons and entities having an interest in the Defendant Vehicle under arrest by publication in a newspaper of general circulation in the judicial district where the Defendant Vehicle was arrested.

A RETURN of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed, and a statement as to the satisfaction of the orders herein issued.

All persons claiming an interest in said Defendant Vehicle must file a verified statement identifying the interest or right with the Clerk of Court, United States District Court, District of Alaska, 222 W. 7th Avenue, #4, Anchorage, AK, 99513-7564, within 30 days after the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.  Also pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in said Vehicle shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to Assistant United States Attorney James Barkeley, United States Attorney's Office, 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602–1619, and Title 21, United States Code of Federal Regulations, Sections

1316.71–1316.18.

DATED this __ day of _____, 2006 in Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE