**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:06-cv-115-RRB |
|---|---|
| DEFENDANT<br>ONE MAROON 2001 CADILLAC DEVILLE | TYPE OF PROCESS<br>Publication |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**ANCHORAGE DAILY NEWS**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1001 Northway Drive, Anchorage, AK 99508        phone: (907) 257-4000

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| KATIE VOKE<br>United States Attorney's Office<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567 | Number of process to be served with this form 285<br><br>Number of parties to be served in this case<br><br>Check for service on U.S.A. |

**RECEIVED APR 09 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please publish the attached Notice of judicial forfeiture in the above-referenced newspaper one (1) time.

Fold                                                                                                    Fold

[CATS Asset ID#: 06-DEA-460876 ]

| Signature of Attorney other Originator requesting service on behalf of:<br><br>*s/Katie Voke* | XX PLAINTIFF<br><br>☐ DEFENDANT | TELEPHONE NUMBER<br><br>(907) 271-2304 | DATE<br><br>3/20/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>*1* | District of Origin<br>No. *06* | District to Serve<br>No. *06* | Signature of Authorized USMS Deputy or Clerk<br>*Candace Edwards* | Date<br>*3/21/07* |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am<br><br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: *Published Anchorage Daily News on 3/25/07.*
*Returned to Court on 4/9/07.*

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLNG STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 07/06

## Anchorage Daily News
## Affidavit of Publication
1001 Northway Drive, Anchorage, AK 99508

3/26/2007

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|------|------|-----|---------|---------------|---------------|------------------|------------------|------------------|------------------|-------------|
| 166791 | 03/25/2007 | | USMA0514 | $122.84 $122.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $122.84 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Teresita Peralta, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:

_____ March 26, 2007 _____

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

**NOTICE OF JUDICIAL FORFEITURE**

United States
v.
One Maroon 2001 Cadillac Deville DTS Sedan, With White Cloth Hard Top, Bearing Alaska Temporary Tag Number T068699,
VIN 1G6KE57Y21U136601
Case No.
3:06-cv-00115-RRB

To all interested persons in the above-styled case, notice is hereby given that on May 18, 2006, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(4) and (a)(6), and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of One Maroon 2001 Cadillac Deville DTS Sedan, With White Cloth Hard Top, Bearing Alaska Temporary Tag Number T068699, VIN 1G6KE57Y21U136601.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall: (1) identify the interest or right in the property; and (2) be signed by the claimant under penalty of perjury/notarized. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, U.S. District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Publish: March 25, 2007