IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-115-RRB |
| | ) | |
| Plaintiff, | ) | **ENTRY OF DEFAULT** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, | ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

　　WHEREAS Notice of Judicial Forfeiture in this case was published in the Anchorage Daily News on March 25, 2007;

　　AND WHEREAS on August 24, 2007, the Verified Complaint for Forfeiture and Notice of Judicial Forfeiture were personally served on Connie Marie Soares via Certified U.S. Mail, Return Receipt Requested;

　　AND WHEREAS on August 29, 2007, the Verified Complaint for Forfeiture and Notice of Judicial Forfeiture were personally served on Byron Williams via Certified U.S. Mail, Return Receipt Requested;

　　AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, Connie Marie Soares has failed to file a claim and answer in said action as required by 18 U.S.C. § 983(a)(4) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules");

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, Byron Williams has failed to file a claim and answer in said action as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G(5)(a);

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, no other persons or entities have filed a claim, answer, or otherwise defended in said action as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G(5);

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT is hereby entered of Connie Marie Soares, Byron Williams, and of all persons and entities claiming an interest in the defendant property, excluding those who have filed claims and answers pursuant to Supplemental Rule G(5) or complaints in intervention in the above-captioned case.

DATED:_____

_____
HON. RALPH R. BEISTLINE
United States District Court Judge