NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cv-115-RRB |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF COUNSEL IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** |
| ) | |
| v. ) | |
| ) | |
| ONE MAROON 2001 CADILLAC ) | |
| DEVILLE DTS SEDAN, WITH ) | |
| WHITE CLOTH HARD TOP, ) | |
| BEARING ALASKA TEMPORARY ) | |
| TAG NUMBER T068699, VIN ) | |
| 1G6KE57Y21U136601, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

STATE OF ALASKA      )
                     )ss.
THIRD JUDICIAL DISTRICT  )

DANIEL R. COOPER, JR., being duly sworn under oath, deposes and states as follows:

1. That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2. That on August 24, 2007, Connie Marie Soares was personally served with a true and correct copy of the Verified Complaint for Forfeiture (docket 1) and Notice of Judicial Forfeiture in this case via Certified U.S. Mail, Return Receipt Requested. Exhibit 1.

3. That on August 27, 2007, Scott Dattan, counsel for Byron Williams, was personally served with a true and correct copy of the Verified Complaint for Forfeiture and Notice of Judicial Forfeiture in this case via Certified U.S. Mail, Return Receipt Requested. Exhibit 2. Upon receipt of the above, Mr. Dattan called this office and informed that he no longer represents Mr. Williams.

4. That on August 29, 2007, Byron Williams was personally served with a true and correct copy of the Verified Complaint for Forfeiture and Notice of Judicial Forfeiture in this case via Certified U.S. Mail, Return Receipt Requested. Exhibit 3.

5. That Notice of Judicial Forfeiture was published in the Anchorage Daily News on March 25, 2007. Docket 7.

6. That more than 30 days have elapsed since Connie Marie Soares was personally served with the Verified Complaint for Forfeiture and the Notice of Judicial Forfeiture in this case, and no claim or answer has been served or filed by Ms. Soares, as required by 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions, and the time for doing so has now fully elapsed. Therefore, Ms. Soares is now in default.

7. That more than 30 days have elapsed since Byron Williams was personally served with the Verified Complaint for Forfeiture and the Notice of Judicial Forfeiture in this case, and no claim or answer has been served or filed by Mr. Williams, as required by 18 U.S.C. § 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the time for doing so has now fully elapsed. Therefore, Mr. Williams is now in default.

8. That more than 30 days have elapsed since final publication of the Notice of Judicial Forfeiture in this case, and no claim or answer has been served or filed by any other persons or entities claiming an interest in the defendant property as required by 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules, and the time for doing so has now fully

/ / / / / / /
/ / / / / / /
/ / / / / / /
/ / / / / / /
/ / / / / / /
/ / / / / / /
/ / / / / / /
/ / / / / / /

elapsed.

EXECUTED this 4th day of October, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

/s/ Daniel Cooper
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

SUBSCRIBED AND SWORN TO before me on this 4th day of October, 2007, in Anchorage, Alaska.

/s/ Jennifer Lotz
NOTARY PUBLIC, State of Alaska
My commission expires: with office

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing
AFFIDAVIT OF COUNSEL IN SUPPORT OF
APPLICATION FOR ENTRY OF DEFAULT
was sent this 4th day of October, 2007, to:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

CONNIE MARIE SOARES
151 Sorcerer Court
Anchorage, AK 99518-3068

*/s/ Katherine Lake*
Office of the United States Attorney