

**U.S. Department of Justice**

United States Attorney
District of Alaska

---

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-2344

August 23, 2007

*Sent Via Certified U.S. Mail, Return Receipt Requested*

D. SCOTT DATTAN
Law Office of D. Scott Dattan
2600 Denali Street, Suite 460
Anchorage, AK 99503

Re:   United States v. One Maroon 2001 Cadillac Deville
      U.S. District Court (D. Alaska), Case No. 3:06-cv-115-RRB
      Notice of Forfeiture Proceedings

Dear Mr. Dattan,

Please accept service of the attached Notice of Judicial Forfeiture and Verified Complaint for Forfeiture on behalf of your client, Byron Williams, regarding the above-referenced case.

Thank you.

NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

*Katie Voke*

KATIE VOKE
U.S. DOJ Asset Forfeiture P

/Encl.

Exhibit  2
Page  1  of  1  pages

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  Scott Datman  C. Date of Delivery 8/29/07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>D. SCOTT DATTAN<br>2600 Denali Street, Suite 460<br>Anchorage, AK 99503 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2890 0003 9704 8948 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-25