

**U.S. Department** **Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253     Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567          Fax Number: (907) 271-2344

August 23, 2007                    Sent Via Certified U.S. Mail, Return Receipt Requested

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

Re:   United States v. One Maroon 2001 Cadillac Deville
      U.S. District Court (D. Alaska), Case No. 3:06-cv-115-RRB
      Notice of Forfeiture Proceedings

Dear Mr. Williams,

Please accept service of the attached Notice of Judicial Forfeiture and Verified Complaint for Forfeiture, regarding the above-referenced case.

Thank you.

NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

*Katie Voke* (signature)

KATIE VOKE
U.S. DOJ Asset Forfeiture

/Encl.

Exhibit 3
Page 1 of 2 pages

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BYRON WILLIAMS (#15145-006)
   c/o HERLONG FCI
   Federal Correctional Institution
   P.O. Box 800
   Herlong, CA 96113

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: 8-27-07
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7004 2890 0003 9704 8818

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M

August 23, 2007

**NOTICE OF JUDICIAL FORFEITURE**

**United States v. One Maroon 2001 Cadillac Deville DTS Sedan, With White Cloth Hard Top, Bearing Alaska Temporary Tag Number T068699, VIN 1G6KE57Y21U136601**
**Case No. 3:06-cv-00115-RRB**

To all interested persons in the above-styled case, notice is hereby given that on May 18, 2006, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(4) and (a)(6), and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of One Maroon 2001 Cadillac Deville DTS Sedan, With White Cloth Hard Top, Bearing Alaska Temporary Tag Number T068699, VIN 1G6KE57Y21U136601.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, not later than **September 24, 2007**, or 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is *earlier*. The claim shall: (1) identify the interest or right in the property; and (2) be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, U.S. District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Exhibit 3
Page 2 of 2 pages