NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-115-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR DEFAULT JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, | ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Plaintiff United States of America, by and through counsel, pursuant to Federal Rule of Civil Procedure 55(b)(2), moves this Court for entry of a default judgment in favor of the United States and against Connie Marie Soares, Byron Williams, and all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, and otherwise defend, as required by law.

  This motion is based on the Entry of Default entered by the Court on October 16, 2007 (Docket 10), the attached Affidavit of Counsel, and the record in this case.

  Respectfully submitted this 17th day of October, 2007, in Anchorage, Alaska.

             NELSON P. COHEN
             United States Attorney

             s/Daniel R. Cooper, Jr.
             DANIEL R. COOPER, JR.
             Assistant U.S. Attorney
             222 W. 7th Avenue, #9, Room 253
             Anchorage, AK 99513-7567
             Phone: (907) 271-3376
             Fax: (907) 271-3224
             Email: daniel.cooper@usdoj.gov
             Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing
MOTION FOR DEFAULT JUDGMENT and proposed
DEFAULT JUDGMENT were sent via U.S. Mail this
17th day of October, 2007, to:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

CONNIE MARIE SOARES
151 Sorcerer Court
Anchorage, AK 99518-3068

s/Daniel R. Cooper, Jr.