IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-115-RRB |
| | ) | |
| Plaintiff, | ) | **DEFAULT JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, | ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

WHEREAS the Entry of Default was filed by this Court on October 16, 2007;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, Connie Marie Soares and Byron Williams have failed to plead or otherwise defend as required by the notice of this judicial forfeiture action and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, no persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT JUDGMENT is hereby entered against Connie Marie Soares and Byron Williams, and

against all persons and entities claiming an interest in the defendant property.

    DATED:_____

                              _____
                              HON. RALPH R. BEISTLINE
                              United States District Court Judge