NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-115-RRB |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, | ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

STATE OF ALASKA          )
                         )ss.
THIRD JUDICIAL DISTRICT  )

Daniel R. Cooper, Jr., being duly sworn under oath, deposes and states as follows:

1.   That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized

to act as an attorney for the plaintiff herein.

2. Entry of Default was entered by the Court on October 16, 2007, as against Connie Marie Soares, Byron Williams, and all those persons and entities claiming an interest in the defendant property in this case for failure to plead, answer, and otherwise defend, as required by law. Docket 10.

3. No verified claim or answer has been served or filed by any person or entity in this action, and therefore, the United States is entitled to judgment by default against all persons and entities claiming an interest in the defendant property. No person having appeared in this action is an infant or an incompetent person.

EXECUTED this 16th day of October, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

SUBSCRIBED AND SWORN TO before me this 16th day of October, 2007.

NOTARY PUBLIC, State of Alaska
My commission expires: 5/16/__

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing AFFIDAVIT OF COUNSEL was sent via U.S. Mail this 17th day of October, 2007, to:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

CONNIE MARIE SOARES
151 Sorcerer Court
Anchorage, AK 99518-3068

_/s/ Katie Joke_
Office of the United States Attorney