NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-115-RRB |
| Plaintiff, | ) ) ) | **MOTION FOR DECREE OF FORFEITURE** |
| v. | ) ) | |
| ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, | ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

COMES NOW plaintiff United States of America, by and through counsel, pursuant to 21 U.S.C. § 881(a)(6) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and respectfully moves this Court for entry of a decree of forfeiture. Said motion is supported by the previously filed Verified Complaint for Forfeiture (docket 1), *In Rem* Warrant of Arrest (docket 6), Default Judgment (docket 13),

and the accompanying Declaration of Counsel. A proposed decree of forfeiture is submitted herewith.

DATED this 28th day of November, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing MOTION FOR DECREE OF FORFEITURE
and proposed DECREE OF FORFEITURE were sent via U.S.
Mail this 28th day of November, 2007, to:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

CONNIE MARIE SOARES (#15469005)
Hiland Mountain Correctional Center
9101 Hesterberg Road
Eagle River, AK 99577

s/Daniel R. Cooper, Jr.