NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-115-RRB |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **DECREE OF FORFEITURE** |
| | ) | |
| ONE MAROON 2001 CADILLAC | ) | |
| DEVILLE DTS SEDAN, WITH | ) | |
| WHITE CLOTH HARD TOP, | ) | |
| BEARING ALASKA TEMPORARY | ) | |
| TAG NUMBER T068699, VIN | ) | |
| 1G6KE57Y21U136601, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     I, DANIEL R. COOPER, JR., am an Assistant United States Attorney and represent the plaintiff, the United States of America, in this action.

     1.     A Verified Complaint for Forfeiture was filed on May 18, 2006.  Docket 1. The Complaint alleges that the defendant property, described as ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING

ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601 ("Defendant Vehicle"), constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and which constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

  2. An *In Rem* Warrant of Arrest was issued by the Court on May 18, 2006, providing that all persons interested in the Defendant Vehicle were required to file their verified statements with the Clerk of Court within 30 days of the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to former Rule C (now Rule G) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Also pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, persons claiming an interest in said property shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to the undersigned. Docket 6.

  3. The Defendant Vehicle was served with a copy of the *In Rem* Warrant of Arrest on April 18, 2007.

4. Notice of this action was published by the United States Marshals Service in the Anchorage Daily News on March 25, 2007.  Docket 7.

5. The United States Attorney's Office served written Notice of Judicial Forfeiture and a copy of the Verified Complaint for Forfeiture to the following persons with a possible interest in the Defendant Vehicle: Connie Marie Soares via Certified U.S. Mail, Return Receipt Requested, on August 24, 2007 (Exhibit 1); Byron Williams c/o attorney D. Scott Dattan via Certified U.S. Mail, Return Receipt Requested, on August 27, 2007 (Exhibit 2); and Byron Williams via Certified U.S. Mail, Return Receipt Requested, on August 29, 2007 (Exhibit 3).

6. Neither Connie Marie Soares nor Byron Williams filed a claim or answer in this action.

7. On October 16, 2007, the Entry of Default was issued by the Court as to Connie Marie Soares and Byron Williams, and all those persons and entities claiming an interest in the Defendant Vehicle.  Docket 10.

8. On October 18, 2007, the Court entered a Default Judgment in favor of the United States and against Connie Marie Soares and Byron Williams, and all those persons and entities claiming an interest in the Defendant Vehicle.  Docket 13.

9. Therefore, no claims or answers are of record in this action.

10. Declarant knows of no reason why a decree for the forfeiture of the Defendant Vehicle should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

EXECUTED this 28th day of November, 2007, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Daniel R. Cooper, Jr.
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-3224
>Email: daniel.cooper@usdoj.gov
>Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing DECLARATION OF COUNSEL was sent via U.S. Mail this 28th day of November, 2007, to:

BYRON WILLIAMS (#15145-006)
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

CONNIE MARIE SOARES (#15469005)
Hiland Mountain Correctional Center
9101 Hesterberg Road
Eagle River, AK 99577

s/Daniel R. Cooper, Jr.