IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-115-RRB |
| | ) | |
| Plaintiff, | ) | **DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, | ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

On May 18, 2006, a Verified Complaint for Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America. The Complaint alleged that the defendant property, described as ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601 ("Defendant Vehicle"), constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and which constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

The Defendant Vehicle is now in the custody of the United States Marshals Service;

That on August 24, 2007, Connie Marie Soares was personally served with Notice of Judicial Forfeiture and a copy of the Verified Complaint for Forfeiture, via U.S. Certified Mail, Return Receipt Requested;

That on August 27, 2007, D. Scott Dattan, former counsel for Byron Williams, was personally served with Notice of Judicial Forfeiture and a copy of the Verified Complaint for Forfeiture, via U.S. Certified Mail, Return Receipt Requested;

That on August 29, 2007, Byron Williams was personally served with Notice of Judicial Forfeiture and a copy of the Verified Complaint for Forfeiture, via U.S. Certified Mail, Return Receipt Requested;

That notice of this action was published by the United States Marshals Service in the Anchorage Daily News on March 25, 2007;

That Connie Marie Soares and Byron Williams failed to file a claim or answer to the Complaint pursuant to Supplemental Rules C and G;

That the time for filing has expired, and no claims or answers have been filed in this action;

That on October 18, 2007, the Court issued a Default Judgment in favor of the United States and against Connie Marie Soares and Byron Williams, and all those persons and entities claiming an interest in the Defendant Vehicle in this case for failure to plead, answer,

or otherwise defend, as required by law.

Now, therefore, on motion of the plaintiff, United States of America, for a decree of forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the Defendant Vehicle, ONE MAROON 2001 CADILLAC DEVILLE DTS SEDAN, WITH WHITE CLOTH HARD TOP, BEARING ALASKA TEMPORARY TAG NUMBER T068699, VIN 1G6KE57Y21U136601, be forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party. The Defendant Vehicle shall be disposed of by the United States Marshals Service according to law.

DATED: 12/19/07

HON. RALPH R. BEISTLINE
United States District Court Judge